UNITED STATES DISTRICT COURT
Eastern District of California

**U.S. MGST JUDGE William M. Wunderlich**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ( ) O/R | DKT # 6:07-mj-0084 |
| vs. | ( ) Custody | DATE: 1/29/08 |
| | ( ) Bond | TIME: 10:00 AM |
| James Blink | ( ) No/appear | CLERK: L. Yu |
| | ( ) Waiver | |
| ATTORNEY for DEFENDANT: D. Rogers | | |
| ( ) Apt  ( ) Ret  ( ) Fed  ( ) Special Appearance | | |

Legal Officer: B. Waldow

*******************************************************************************
( ) Defendant present with counsel    ( ) No appearance by defendant    ( ) No counsel
*******************************************************************************

## MINUTE ORDER

The bond previously posted in the above matter shall be applied to the fine and remainder returned to defendant.

It is so Ordered.

Dated: 2-12-08

William M. Wunderlich,
U.S. Magistrate Judge